No. D–1201. IN RE DISBARMENT OF NORRIS. It is ordered that Reginald L. Norris, of Grand Rapids, Mich., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1202. IN RE DISBARMENT OF LEIGHTON. It is ordered that Leonard Leighton, of San Antonio, Tex., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1203. IN RE DISBARMENT OF BAUCUM. It is ordered that Don Michael Baucum, of San Antonio, Tex., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1204. IN RE DISBARMENT OF SEARS. It is ordered that Franklin R. Sears, of Fort Worth, Tex., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1205. IN RE DISBARMENT OF ISAACKS. It is ordered that Hubert Phil Isaacks, of Odessa, Tex., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 111, Orig. DELAWARE v. NEW YORK. Motions for additional time for oral argument and for divided argument granted in part and denied in part. An additional 10 minutes are allotted for oral argument. The time for oral argument is divided as follows: 20 minutes for Delaware; 20 minutes for New York; and 30 minutes for one attorney in support of the Report of the Special Master. [For earlier order herein, see, e. g., ante, p. 805.]

No. 91–10. SPECTRUM SPORTS, INC., ET AL. v. MCQUILLAN ET VIR, DBA SORBOTURF ENTERPRISES. C. A. 9th Cir. [Certiorari granted, 503 U. S. 958.] Motion of respondents for leave to file a supplemental joint appendix granted.

No. 91–719. PARKE, WARDEN v. RALEY. C. A. 6th Cir. [Certiorari granted, 503 U. S. 905.] Motion of Criminal Justice Legal Foundation for leave to file a brief as amicus curiae granted.